THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED H. VANDERBORG, Appellant.

Submitted January 3, 1955; decided January 6, 1955.

*T. Vincent Quinn, District Attorney (George J. Regan* of counsel), for motion.

*Alfred H. Vanderborg,* in person, opposed.

Motion granted and appeal dismissed.